**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 16-10066 |
| ALANNA ELLIS, | ADV. NO. 17-01091 |
| Debtor. | |
| KATHRYN A. ELLIS, solely in her capacity as Chapter 7 Trustee, | ORDER DISMISSING ADVERSARY CASE |
| Plaintiff, | |
| v. | |
| SMOKIAM RV RESORT, LLC; BRADLEY ELLIS; and ALANNA ELLIS, | |
| Defendants. | |

ORDER DISMISSING ADVERSARY CASE - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

**Below is the Order of the Court.**

1 THIS MATTER came before the Court *ex parte* on the Motion to Dismiss Adversary Case filed by the Plaintiff Trustee, and the Court therefore finding that this matter should be dismissed in accordance with applicable rules, now, therefore IT IS HEREBY

ORDERED that this adversary proceeding is dismissed with prejudice, and without costs to either side.

**/// End of Order ///**

Presented by:

WENOKUR RIORDAN PLLC

*/s/ Alan J. Wenokur*
_____
Alan J. Wenokur, WSBA # 13679
Attorney for Plaintiff Trustee

ORDER DISMISSING ADVERSARY CASE - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)